THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, et al.           :
                                 :
                   Plaintiffs,   :           CIVIL ACTION NO. 3:19-cv-314
        v.                       :
                                 :
JUSTIN MARTORELLO, et al.        :
                                 :
                   Defendants.   :
                                 :

## ORDER

Having considered the Motion to Withdraw as Counsel for defendants Eventide Credit Acquisition, LLC, Gallant Capital, LLC, Liont, LLC, Justin Martorello, and Rebecca Martorello filed by Michelle L. Alamo, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is **DIRECTED** to remove Ms. Alamo from the docket and ECF distribution list in this case.

It is **SO ORDERED**.

Entered this ___ day of ___July___, 2020.

/s/ REP
_____
Robert E. Payne
Senior United States District Judge