IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **RENEE GALLOWAY, et al.,** | ) |
| Plaintiffs, | ) |
| **v.** | ) |
| **JUSTIN MARTORELLO, et al.,** | ) Case No. 3:19-cv-314 (REP) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Please take notice that Jon Hollis of the law firm Woods Rogers PLC hereby enters his appearance as counsel of record for Defendants Justin Martorello; Rebecca Martorello; Liont, LLC; Eventide Credit Acquisitions, LLC; and Gallant Capital, LLC in the above-referenced matter, and respectfully requests that all further pleadings, affidavits, discovery, motions and other filings in this matter be served upon him at the Richmond address below, or through CM/ECF, as appropriate.[1]

          Respectfully submitted,

          JUSTIN MARTORELLO; REBECCA
          MARTORELLO; LIONT, LLC;
          EVENTIDE CREDIT ACQUISTIONS,
          LLC; and GALLANT CAPITAL, LLC

          By: /s/ Jon Hollis

WOODS ROGERS PLC
ATTORNEYS AT LAW

---

[1] The undersigned counsel previously entered a special appearance on behalf of Defendants Bluetech Irrevocable Trust, Breakwater Holdings LLC, and Kairos Holdings LLC reserving all defenses, including, without limitation lack of personal jurisdiction and insufficient service of process. (ECF No. 273.)

*{2757713-1, 122274-00001-05}*           1

Jon Hollis (VSB No. 84908)
Woods Rogers PLC
901 East Byrd Street, Suite 1550
Richmond, Virginia 23219
Telephone: (804) 343-5020
Facsimile: (804) 343-5021
jhollis@woodsrogers.com
 *Counsel for Defendants Justin Martorello;*
 *Rebecca Martorello; Liont, LLC;*
 *Eventide Credit Acquisitions, LLC;*
 *and Gallant Capital, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of September, 2020, a true and correct copy of the foregoing Notice of Appearance was served upon all parties that are registered to receive electronic service through the Court's ECF notice system in the above case.

By: /s/ Jon Hollis

WOODS ROGERS PLC
ATTORNEYS AT LAW

*{2757713-1, 122274-00001-05}* 3