IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                              Civil Action No. 3:19cv314

JUSTIN MARTORELLO,
et al.,

    Defendants.

## ORDER

Having considered the MOTION TO WITHDRAW AS COUNSEL (ECF No. 353), and for good cause shown, it is hereby ORDERED that the MOTION TO WITHDRAW AS COUNSEL (ECF No. 353) is granted. It is further ORDERED that the Clerk shall remove the following attorneys and the law firm of Armstrong Teasdale, LLP as counsel of record for the defendants, Justin Martorello, Rebecca Martorello, Eventide Credit Acquisitions, LLC, Gallant Capital LLC, and Liont LLC:

    Richard L. Scheff, Esquire
    Jonathan P. Boughrum, Esquire
    Michael C. Witsch, Esquire

It is so ORDERED.

                                          /s/
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: September 16, 2020