IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:19cv314

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

## ORDER

Before the Court is the MOTION TO WITHDRAW AS COUNSEL (ECF No. 355). Having considered the motion, and for good cause shown, it is hereby ORDERED that the MOTION TO WITHDRAW AS COUNSEL (ECF No. 355) is granted. It is further ORDERED that the Clerk shall remove as counsel of record for the defendants, Eventide Credit Acquisitions, LLC; Gallant Capital LLC; Liont LLC; Justin Martorello; and Rebecca Martorello:

    Hugh M. Fain, Esquire;
    M.F. Connell Mullins, Jr., Esquire;
    John M. Erbach, Esquire; and
    Spotts Fain, P.C.

It is so ORDERED.

                                /s/   REP
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: December 9, 2020