**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

RENEE GALLOWAY, *et al.*,

        Plaintiffs,

    v.

JUSTIN MARTORELLO, *et al.*,

        Defendants.

Case No. 3:19-cv-00314-REP

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION TO REPATRIATE
FOREIGN ASSETS AND FOR AN EVIDENTIARY HEARING**

Defendant Bluetech Irrevocable Trust and its trustee, Matt Martorello, represent in their

Opposition to Plaintiffs' Motion to Repatriate (ECF No. 619) that the remaining assets of the Trust

have been transferred to Martorello's shell entity, BWH Texas, LLC, which has now filed for

bankruptcy to evade this Court's jurisdiction.  Evidence produced by Martorello has also shown

that Martorello transferred a large share of the Bluetech Trust's assets to other overseas trusts and

accounts under his control.  Accordingly, based on the representation that Bluetech Trust itself has

no remaining assets to repatriate, Plaintiffs respectfully withdraw their Motion to Repatriate (ECF

No. 619) in this case, while reserving the right to refile the Motion should the facts later reveal that

Bluetech Trust has retained or obtained assets to satisfy any judgment in this case or the judgment

in the related *Williams* litigation.

1

Respectfully submitted,

**RENEE GALLOWAY, et al.,**


By:  *Kristi C. Kelly*
    Kristi Cahoon Kelly (VSB #72791)
    Andrew Joseph Guzzo (VSB #82170)
    Casey S. Nash (VSB #84261)
    Matthew G. Rosendahl (VSB #93738)
    KELLY GUZZO, PLC
    3925 Chain Bridge Road, Suite 202
    Fairfax, VA  22030
    Telephone : (703) 424-7570
    Facsimile : (703) 591-0167
    E-mail:  kkelly@kellyguzzo.com
    E-mail:  aguzzo@kellyguzzo.com
    E-mail:  casey@kellyguzzo.com

    Leonard A. Bennett, VSB #37523
    Craig C. Marchiando, VSB #89736
    **CONSUMER LITIGATION ASSOCIATES, P.C.**
    763 J. Clyde Morris Boulevard, Suite 1-A
    Newport News, Virginia 23601
    Telephone: (757) 930-3660
    Facsimile: (757) 930-3662
    Email: lenbennett@clalegal.com
    Email: craig@clalegal.com

    *Counsel for Plaintiffs*