**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                            Civil Action No. 3:19cv314

JUSTIN MARTORELLO,
et al.,

    Defendants.

## ORDER

Before the Court is the MOTION FOR WITHDRAWAL OF APPEARANCE OF LOEB & LOEB LLP AS COUNSEL FOR DEFENDANT EVENTIDE CREDIT ACQUISITIONS, LLC PURSUANT TO LOCAL CIVIL RULE 83.1(H). The Motion states that Cullen D. Seltzer, Esquire filed a Notice of Appearance as counsel for Matt Martorello in the "similar matter of Williams v. Martorello, Case No. 17-461." Having reviewed the case file herein, the Court finds that a Notice of Appearance on behalf of the defendant, Eventide Credit Acquisitions, LLC, has not been filed in this action by Mr. Seltzer or any other lawyer, and the Court will not permit Eventide Credit Acquisitions, LLC to proceed in this action without representation of counsel. Accordingly, it is hereby ORDERED that the MOTION FOR WITHDRAWAL OF APPEARANCE OF LOEB & LOEB LLP AS COUNSEL FOR EVENTIDE CREDIT ACQUISITIONS, LLC PURSUANT TO LOCAL CIVIL RULE 83.1(H) is denied

without prejudice to the filing of another motion if new counsel is retained by Eventide Credit Acquisitions, LLC, and an appropriate Notice of Appearance is filed by July 17, 2024.

It is so ORDERED.

/s/  REP
Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date: June 24, 2024

2