THE UNITED STATES DISTRICT IN COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RENEE GALLOWAY, et al., on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

EDVA USDC Case No: 3:19-cv-00314(E.D. Va.)

V.

JUSTIN MARTORELLO, et al.,

        Defendants

### OBJECTION TO SETTLEMENT

My given name is CURTIS HENRY JOHNSON. I am a Settlement Class Member. My address is 24988A, Highway 17, Bophumpa Creek, MS. 39095. Notice ID: 272662258 PIN: 421 972 573

1. My cell phone number 601-985-9031 and my email address is curtis9592@yahoo.com.
2. On or near July 11th, 2024, I received a mailpiece from Galloway v Martorella c/o Settlement Administrator. Inside the mailpiece was a "Notice" about a proposed nationwide Settlement in the above captioned case.
3. I, Curtis Henry Johnson, object to the proposed settlement for several reasons.
4. First, in light of the harm suffered by members of the class and the extent of the defendant's wrongdoings to me, the proposed settlement is not fair, reasonable, and/or adequate.
5. Second, I am aware of procedural flaws in the settlement process. As a "class member" to this proposed settlement my consent to any arm's length negotiations or exchange of information ever took place.
6. Third, the terms of the settlement and details are not readily available online, so that it's impossible for class members to understand what they're being asked to agree to.
7. Fourth, there are intra-class conflicts. The proposed settlement amount is farcically low. I have no personal knowledge of the fees awarded attached to this proposed settlement for the vagueness and non-transparency but from the face of the settlement those proposed awarded fees are extremely high. Not taking away from the hard work put in by those deserving such awarded fees.
8. Fifth, I, CURTIS HENRY JOHNSON, should be a named party/plaintiff to this class action lawsuit. Class representatives are not adequate as to deciding my fate in this proposed

settlement. Schluad v. Synder 717 F.3d (6th Cir. 2013) speaks plainly in regards to intra-class conflicts.

9. Sixth, several Supreme Court Justices have agreed that class members have the same voice and rights as class representatives/plaintiffs/parties but this is not the case here.
10. Seventh, the defendants in this matter racially discriminated against class members, fraudulently made checks and withdrew funds from my account after a stop payment was put on my Regions Bank account for Big Picture Loans. Attached are proof of those fraudulent checks made by the defendants and emails sent to the defendants by me asking for full disclosure of the terms of the contract and the breach thereof.
11. Eighth, the wrongdoing by defendants have damaged me emotionally and financially to the point where I had to close that particular account and open a new account to changing financial institutions altogether. My credit is ruined. I had several insufficient funds causing other bills to be unpaid to having my vehicle being repossessed. This was life changing.

Please take these serious concerns into consideration. My evidence should be a part of the record.

Sincerely,

*Curtis H. Johnson*

CURTIS HENRY JOHNSON.

*Curtis Henry Johnson*

STATE OF MISSISSIPPI

COUNTY OF HOLMES

Sworn and subscribed to before me this 16, day of July, 2024

By_____.

Charlie Luckett-Chancery Clerk
By *Lillie A Simmons* DC

NOTARY PUBLIC

COMMISSION EXPIRES:    MY COMMISSION EXPIRES JAN. 1, 2024