**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

RENEE GALLOWAY, et al., on behalf
of themselves and all individuals similarly
situated,

        Plaintiffs,

    v.

JUSTIN MARTORELLO., et al.,

        Defendants.

Case No. 3:19-cv-00314-REP

## DECLARATION OF AMERICAN LEGAL CLAIM SERVICES, LLC REGARDING DUE DILIGENCE IN NOTICING

I, Mark Unkefer, declare as follows:

1. I am a competent adult, over the age of eighteen, and this declaration is based on my personal knowledge.

2. I am a Case Manager for American Legal Claim Services, LLC ("ALCS").

3. **CAFA Noticing:** On May 31, 2024, ALCS mailed, via certified mail, a Notice Pursuant to the Class Action Fairness Act of 2005 ( the "CAFA Notice", attached hereto as Exhibit A), to the Attorneys General of the 50 states and the territory of Puerto Rico, the Attorney General of the United States, the District of Columbia's Corporate Counsel, the Attorney General for Guam, the Attorney General for American Samoa, the Attorney General for the United States Virgin Islands, and the Attorney General for the Northern Mariana Islands. The CAFA Notice package contained a cover letter on behalf of the Defendant(s) (attached hereto as Exhibit A) as well as a CD-ROM that included all exhibits referenced in the letter.

4. **Class List Receipt and Processing:** On or about June 19, 2024, ALCS processed the mailing list ("Class List") with two tabs of data containing 626,171 rows of member names and addresses in the first tab and 1,017,868 rows of loan information in the second tab. ALCS reviewed and processed the data. After analysis, the final noticing list contained 626,171 class members. Throughout the noticing process, ALCS utilized several means of ensuring the most accurate mailing addresses for class members. These methods included National Change of Address through the USPS, skip-tracing, and manual updates from class members.

5. **Initial Class Notice:** Between July 3, 2024 and July 4, 2024, ALCS emailed the Notice of Class Action ("Notice") substantially in the form approved by the Court (attached hereto as Exhibit B) to 536,282 class members. Additionally, on July 3, 2024, ALCS mailed the Notice to 1,404 class members that did not have an email address. On July 5, 2024, ALCS mailed the Notice to 88,485 class members that did not have a valid email address, by USPS First Class Mail. Of the 536,282 emails sent, 9,429 were deemed undelivered, and were sent the Notice by USPS First Class Mail.

6. **Returned Mail Handling:** ALCS processed the Notices that were returned by USPS, through the objection and opt-out deadline of August 19, 2024. A minority of the mail included an updated address provided by USPS ("FOE"). For these, the class member addresses were updated, and the Class Notice was re-mailed to the updated address provided. The remainder of the mail returned by the USPS did not contain an updated address ("UAA"). For these, ALCS conducted address searches using a nationally recognized location service to attempt to locate new addresses for these class members. ALCS mailed a total of 99,318 Notices to class members (89,889 Initial Notices plus the 9,429 undeliverable emails). Of the 99,318 mailed Notices, 21,811 were returned by USPS as of the date of this declaration. Of those 21,811 returned, 14,376 were remailed to updated addresses. Of the 14,376 remailed Notices, 2,088 Notices were returned. 9,523 Notices were deemed undeliverable.

7. **Noticing Campaign Summary:** The following is a summary of the noticing, as of the date of this Declaration[1]:

   - Total Class Members: 626,171
   - Initial Notice of Class Action Settlement Successfully emailed: 526,853
   - Initial Notice of Class Action Settlement mailed via USPS: 99,318
   - Notice of Class Action Settlement returned by USPS: 21,811
   - Notice of Class Action Settlement remailed via USPS: 14,376
   - Notice of Class Action Settlement deemed undeliverable: 9,523
   - Percentage of Notice of Class Action Settlement deemed delivered: **98.48%**

8. **Exclusions:** The Notice instructed those who wish to opt out of the proposed settlement to mail a request for exclusion to the Settlement Administrator. It further states that an opt out request must be postmarked no later than August 19, 2024. ALCS received 8 exclusion requests for this case. A copy of each exclusion is attached hereto as Exhibit C.

9. **Objections:** The Notice instructed those who wish to object to the proposed settlement to mail a written statement of objection to both the Clerk of Court and the Settlement Administrator, postmarked no later than the Objection Deadline of August 19, 2024. ALCS received 1 Objection for this case. A copy of the Objection is attached hereto as Exhibit D.

10. **Toll-Free Telephone/Email:** ALCS established a toll-free telephone line 800-641-9098 for Class members to contact with questions about the settlement or update their information. Class members could get additional information via an Interactive Voice Recording (IVR) message tree or request to be transferred to a live agent.

---

[1] ALCS continues to receive and process mail, for which no forwarding address is available. The number of pieces of this type of mail will likely increase and the presumed delivery rate will be reduced as processing continues.

11. **Website:** ALCS provided a case website https://www.bplsettlement.com/ that provided further information as stated in the Notice. The website contained a copy of the Notice of Class Action translated to Spanish along with sections for important Court documents, key dates, and answers to frequently asked questions. Class members also had an opportunity to update their address online and view the estimated amount of monetary consideration they might receive under the settlement.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge.  Executed on September 11, 2024, in Jacksonville, Florida.

Mark Unkefer

Exhibit A

May 31, 2024

<u>**VIA CERTIFIED MAIL**</u>

The United States Attorney General and
All State Attorneys General
Identified on the Attached Service List

Re:    **Notice Pursuant to the Class Action Fairness Act of 2005:** *Renee Galloway, et al.,*
       *("Plaintiffs") v. Matt Martorello, et al., ("Defendants")*, **United States District Court,**
       **Eastern District of Virginia, Richmond Division.**

Dear Sir or Madam:

In accordance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b) ("CAFA"), this letter provides notice of a proposed settlement in the above-captioned putative class action, designated No. 3:19-cv-314, and pending in the United States District Court, Eastern District of Virginia, Richmond Division. This class settlement will also resolve related litigation in *Williams v. Big Picture Loans LLC et al.*, No. 3:17-cv-461, and *Galloway v. Big Picture Loans LLC et al.*, No. 3:18-cv-406 (EDVA), in the Eastern District of Virginia, as well as *Duggan v. Big Picture Loans LLC et al.*, No. 1:18-cv-12277, in the District of Massachusetts, and *Smith v. Big Picture Loans LLC et al.*, No. 3:18-cv-1651, in the District of Oregon.

Section 1715 of the U.S. Code requires notice of a proposed class action settlement to be served upon appropriate federal and state officials. The required information under CAFA is set forth below. Also enclosed is a CD containing documents relating to the proposed settlement, as required by Section 1715. If you have any difficulty accessing any of the documents on the enclosed CD, please contact the undersigned.

*Item 1: A copy of the complaint, any materials filed with the complaint, and any amended complaints. 28 U.S.C. § 1715(b)(1).*

On June 22, 2017, Plaintiffs Lula Williams, et al., as individuals and as class representatives, filed a Complaint in the United States District Court for the Eastern District of Virginia, Richmond Division. The Complaint alleged that there was a scheme to make online usurious short-term loans (commonly called "payday loans"). A copy of the Complaint is included on the enclosed CD as <u>**Exhibit 01a**</u>.

On June 11, 2018, Plaintiffs Renee Galloway, et al., as individuals and as class representatives, filed a Complaint in the United States District Court for the Eastern District of Virginia, Richmond Division. On August 23, 2018, Plaintiffs filed an Amended Complaint. The pleadings similarly alleged a scheme to make online usurious payday loans. Copies of the Complaints are included on the enclosed CD as <u>**Exhibits 01b and 01c**</u>.

On September 11, 2018, Plaintiff Richrd Smith, as an individual and as a class representative, filed a Complaint in the United States District Court for the District of Oregon, Portland Division. On January 17, 2020, and July 18, 2022, the Plaintiff filed an Amended Complaint and Second Amended Complaint, respectively. These pleadings similarly alleged a

scheme to make online usurious payday loans. Copies of the Complaints are included on the enclosed CD as **Exhibits 01d, 01e, and 01f**.

On October 31, 2018, Plaintiff Dana Duggan, as an individual and as a class representative, filed a Complaint in the United States District Court for the District of Massachusetts, Boston Division. On July 16, 2019, and January 15, 2020, the Plaintiff filed an Amended Complaint and Second Amended Complaint, respectively. These pleadings similarly alleged a scheme to make online usurious payday loans. Copies of the Complaints are included on the enclosed CD as **Exhibits 01g, 01h, and 01i**.

On April 24, 2019, Plaintiffs Renee Galloway, et al., as individuals and as class representatives, filed a Complaint in the United States District Court for the Eastern District of Virginia, Richmond Division. The Complaint similarly alleged a scheme to make online usurious payday loans. A copy of the Complaint is included on the enclosed CD as **Exhibit 01j**.

*Item 2: Notice of any scheduled judicial hearing in the class action 28 U.S.C. § 1715(b)(2).*

A copy of the order scheduling a hearing on the Motion for Preliminary Approval of Class Action Settlement is on the Enclosed CD as **Exhibit 02**.

*Items 3 and 4:* *Any proposed or final notification to the class members, 28 U.S.C. § 1715(b)(3); any proposed or final class action settlement. 28 U.S.C. § 1715(b)(4).*

The Plaintiff's Motion For Preliminary Approval of Class Settlement is included on the enclosed CD as **Exhibit 03**. The Plaintiff's Memorandum in Support of Motion For Preliminary Approval of Class Settlement is included on the enclosed CD as **Exhibit 04.** The Declarations of Kristi C. Kelly, Leonard A. Bennett, and Michael A. Caddell are included on the enclosed CD as **Exhibits 05, 06, and 07**. The Notice Regarding Proposed Preliminary Approval Order and Class Notice, the Proposed Preliminary Approval Order, and the Proposed Class Notice are included on the enclosed CD as **Exhibits 08, 09, and 10**.

On May 21, 2024, the Stipulation and Agreement of Settlement was filed with the Court and is included on the enclosed CD as **Exhibit 11.**

*Item 5: Any settlement or other agreement contemporaneously made between class counsel and counsel for the Defendant. 28 U.S.C. § 1715(b)(5).*

On May 21, 2024, the Stipulation and Agreement of Settlement was filed with the Court and is included on the enclosed CD as **Exhibit 11**. Portions of the version of the proposed settlement agreement filed on ECF have been redacted to protect the process by which the defendants are funding the settlement amount. The Motion to Seal, Notice of Filing Under Seal, and Memorandum in Support of Motion to Seal are included on the enclosed CD as **Exhibits 12, 13, and 14**.

*Item 6: Any final judgment or notice of dismissal. 28 U.S.C. § 1715(b)(6).*

The Final Judgement Order for *Williams v. Big Picture Loans LLC et al., No. 3:17-cv-461 (EDVA)—ECF No. 1407* is included on the enclosed CD as **Exhibit 15**. This is the final judgment

Page 3

for plaintiffs, and is against defendant Matt Martorello. The parties are seeking vacatur of this judgment, as explained in the settlement agreement (**<u>Exhibit 11</u>**).

> ***Item 7:*** *Either (i) the names of class members who reside in each State and estimated proportionate share of such members to the entire settlement; or (ii) if not feasible, a reasonable estimate of the number of class members residing in each State and estimated proportionate share of such members to the entire settlement. 28 U.S.C. § 1715(a)(7)(A)-(B).*

> This information is not currently available.

> ***Item 8:*** *Any written judicial opinions relating to subparagraphs (3) through (6) under § 1715. 28 U.S.C. § 1715(b)(8).*

The Amended Memorandum Opinion for *Williams v. Big Picture Loans LLC et al., No. 3:17-cv-461 (EDVA)—ECF No. 1406* is included on the enclosed CD as **<u>Exhibit 16</u>**.

Page 4

The table below provides an index of the materials that we have included on the enclosed CD.

| | Description |
|---|---|
| 1. | Exh01a-Class Action Complaint (Williams v Big Picture, ECF1) |
| 2. | Exh01b-Class Action Complaint (Galloway v Big Picture, ECF1) |
| 3. | Exh01c-First Amended Class Action Complaint (Galloway v Big Picture, ECF30) |
| 4. | Exh01d-Class Action Complaint (Smith v Martorello, ECF1) |
| 5. | Exh01e-First Amended Class Action Complaint (Smith v Martorello, ECF100) |
| 6. | Exh01f-Second Amended Class Action Complaint (Smith v Martorello, ECF212) |
| 7. | Exh01g-Class Action Complaint (Duggan v Martorello, ECF1) |
| 8. | Exh01h-First Amended Class Action Complaint (Duggan v Martorello, ECF72) |
| 9. | Exh01i-Second Amended Class Action Complaint (Duggan v Martorello, ECF118) |
| 10. | Exh01j-Class Action Complaint (Galloway v JM, ECF1) |
| 11. | Exh02-Notice of Scheduled Preliminary Approval Hearing |
| 12. | Exh03-Plaintiffs Motion For Preliminary Approval of Class Settlement |
| 13. | Exh04-Plaintiff's Memo in Support of Motion for Preliminary Approval of Settlement |
| 14. | Exh05-Declaration of KRISTI C KELLY |
| 15. | Exh06-Declaration of LEONARD A BENNETT |
| 16. | Exh07-Declaration of MICHAEL A CADDELL |
| 17. | Exh08-Notice Regarding Proposed Preliminary Approval Order and Class Notice |
| 18. | Exh09-Proposed Preliminary Approval Order |
| 19. | Exh10-Proposed Class Notice |
| 20. | Exh11-Stipulation and Agreement of Settlement |
| 21. | Exh12-Motion to Seal |
| 22. | Exh13-Notice of Filing Under Seal |
| 23. | Exh14-Memo in Support of Motion to Seal |
| 24. | Exh15-Final Order (concerning Martorello)(Williams v BP, ECF1407) |
| 25. | Exh16-Amended Memorandum Opinion (Williams v BP, ECF1406) |

Page 5

Sincerely,

R. Mark Unkefer
Case Manager
American Legal Claims Services, LLC

Providing Notification as Settlement Administrator
for Defendants Matt Martorello, et al.

Enclosures:
Attached Service List
CD

# GALLOWAY V MATT MARTORELLO
## CAFA NOTICE SERVICE LIST

| Name | Department | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| ATTORNEY GENERAL OF ALABAMA | CLASS ACTION FAIRNESS ACT NOTICES | 501 WASHINGTON AVENUE | MONTGOMERY | AL | 36104 |
| ATTORNEY GENERAL OF ALASKA | CLASS ACTION FAIRNESS ACT NOTICES | 1031 W 4TH AVENUE STE 200 | ANCHORAGE | AK | 99501-1994 |
| ATTORNEY GENERAL OF AMERICAN SAMOA | CLASS ACTION FAIRNESS ACT NOTICES | AMERICAN SAMOA GOVT EXEC OFC BLDG | Pago Pago | AS | 96799 |
| ATTORNEY GENERAL OF ARIZONA | CLASS ACTION FAIRNESS ACT NOTICES | 2005 N CENTRAL AVE | PHOENIX | AZ | 85004-1592 |
| ATTORNEY GENERAL OF ARKANSAS | CLASS ACTION FAIRNESS ACT NOTICES | 323 CENTER ST STE 200 | LITTLE ROCK | AR | 72201-2610 |
| ATTORNEY GENERAL OF CALIFORNIA | CLASS ACTION FAIRNESS ACT NOTICES | 455 GOLDEN GATE AVENUE #11000 | SAN FRANCISCO | CA | 94102 |
| ATTORNEY GENERAL OF COLORADO | CLASS ACTION FAIRNESS ACT NOTICES | RALPH L. CARR COLORADO JUDICIAL CENTER, 1300 N | DENVER | CO | 80203-2104 |
| ATTORNEY GENERAL OF CONNECTICUT | CLASS ACTION FAIRNESS ACT NOTICES | 165 CAPITOL AVE | HARTFORD | CT | 06106-1659 |
| ATTORNEY GENERAL OF DC | CLASS ACTION FAIRNESS ACT NOTICES | 400 6TH ST NW 10TH FL | WASHINGTON | DC | 20001 |
| ATTORNEY GENERAL OF DELAWARE | CLASS ACTION FAIRNESS ACT NOTICES | CARVEL ST OFFICE BLDG 820 N FRENCH ST | WILMINGTON | DE | 19801 |
| ATTORNEY GENERAL OF FLORIDA | CLASS ACTION FAIRNESS ACT NOTICES | THE CAPITAL PL 01 | TALLAHASSEE | FL | 32399-1050 |
| ATTORNEY GENERAL OF GEORGIA | CLASS ACTION FAIRNESS ACT NOTICES | 40 CAPITOL SQUARE SW | ATLANTA | GA | 30334-1300 |
| ATTORNEY GENERAL OF GUAM | CLASS ACTION FAIRNESS ACT NOTICES | 590 S. MARINE CORPS DR STE. 706 | TAMUNING | GU | 96913-3537 |
| ATTORNEY GENERAL OF HAWAII | CLASS ACTION FAIRNESS ACT NOTICES | 425 QUEEN ST | HONOLULU | HI | 96813-2903 |
| ATTORNEY GENERAL OF IDAHO | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 83720 | BOISE | ID | 83720-0010 |
| ATTORNEY GENERAL OF ILLINOIS | CLASS ACTION FAIRNESS ACT NOTICES | JAMES R THOMPSON CTR 100 W RANDOLPH ST | CHICAGO | IL | 60601 |
| ATTORNEY GENERAL OF INDIANA | CLASS ACTION FAIRNESS ACT NOTICES | INDIANA GOVERNMENT CENTER SOUTH, 302 W WA | INDIANAPOLIS | IN | 46204 |
| ATTORNEY GENERAL OF IOWA | CLASS ACTION FAIRNESS ACT NOTICES | 1305 E WALNUT ST HOOVER ST OFFICE BLDG | DES MOINES | IA | 50319 |
| ATTORNEY GENERAL OF KANSAS | CLASS ACTION FAIRNESS ACT NOTICES | 120 SW 10TH AVE FL 2ND | TOPEKA | KS | 66612-1597 |
| ATTORNEY GENERAL OF KENTUCKY | CLASS ACTION FAIRNESS ACT NOTICES | 700 Capital AVE | FRANKFORT | KY | 40601-3410 |
| ATTORNEY GENERAL OF LOUISIANA | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 94095 | BATON ROUGE | LA | 70804-9095 |
| ATTORNEY GENERAL OF MAINE | CLASS ACTION FAIRNESS ACT NOTICES | STATE HOUSE STATION 6 | AUGUSTA | ME | 04333-0001 |
| ATTORNEY GENERAL OF MASSACHUSETTS | CLASS ACTION FAIRNESS ACT NOTICES | 1 ASHBURTON PL FL 20 | BOSTON | MA | 02108-1518 |
| ATTORNEY GENERAL OF MARYLAND | CLASS ACTION FAIRNESS ACT NOTICES | 200 Saint PAUL St Ste 1700 | BALTIMORE | MD | 21202-2029 |
| ATTORNEY GENERAL OF MICHIGAN | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 30212 | LANSING | MI | 48909-7712 |
| ATTORNEY GENERAL OF MINNESOTA | CLASS ACTION FAIRNESS ACT NOTICES | 445 Minnesota Street Suite 1400 | ST PAUL | MN | 55101-2131 |
| ATTORNEY GENERAL OF MISSISSIPPI | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 220 | JACKSON | MS | 39205-0220 |
| ATTORNEY GENERAL OF MISSOURI | CLASS ACTION FAIRNESS ACT NOTICES | SUPREME COURT BLDG 207 W HIGH ST PO BOX 899 | JEFFERSON CITY | MO | 65101 |
| ATTORNEY GENERAL OF MONTANA | CLASS ACTION FAIRNESS ACT NOTICES | 215 N SANDERS ST | HELENA | MT | 59601-4522 |
| ATTORNEY GENERAL OF N. M. I. | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 10007 | SAIPAN | MP | 96950-8907 |
| ATTORNEY GENERAL OF NEBRASKA | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 98920 | LINCOLN | NE | 68509 |
| ATTORNEY GENERAL OF NEVADA | CLASS ACTION FAIRNESS ACT NOTICES | 100 N CARSON ST OLD SUPREME CT BLDG | CARSON CITY | NV | 89701 |
| ATTORNEY GENERAL OF NEW HAMPSHIRE | CLASS ACTION FAIRNESS ACT NOTICES | 33 CAPITOL STREET | CONCORD | NH | 03301-6310 |
| ATTORNEY GENERAL OF NEW JERSEY | CLASS ACTION FAIRNESS ACT NOTICES | 25 MARKET ST | TRENTON | NJ | 08611-2148 |
| ATTORNEY GENERAL OF NEW MEXICO | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 1508 | SANTA FE | NM | 87504-1508 |
| ATTORNEY GENERAL OF NEW YORK | CLASS ACTION FAIRNESS ACT NOTICES | LITIGATION BUREAU JUSTICE BLDG 2ND FL | ALBANY | NY | 12224 |
| ATTORNEY GENERAL OF NORTH CAROLINA | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 629 | RALEIGH | NC | 27602-0629 |
| ATTORNEY GENERAL OF NORTH DAKOTA | CLASS ACTION FAIRNESS ACT NOTICES | STATE CAPITOL 600 E BLVD AVE | BISMARCK | ND | 58505 |
| ATTORNEY GENERAL OF OHIO | CLASS ACTION FAIRNESS ACT NOTICES | 30 E BROAD ST FL 14TH | COLUMBUS | OH | 43215-3414 |
| ATTORNEY GENERAL OF OKLAHOMA | CLASS ACTION FAIRNESS ACT NOTICES | 313 NE 21ST STREET | OKLAHOMA CITY | OK | 73105-3207 |
| ATTORNEY GENERAL OF OREGON | CLASS ACTION FAIRNESS ACT NOTICES | JUSTICE BLDG 1162 COURT ST NE | SALEM | OR | 97301 |
| ATTORNEY GENERAL OF PENNSYLVANIA | CLASS ACTION FAIRNESS ACT NOTICES | STRAWBERRY SQUARE 16TH FL | HARRISBURG | PA | 17120-0001 |
| ATTORNEY GENERAL OF PUERTO RICO | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 9020192 | SAN JUAN | PR | 00902-0192 |
| ATTORNEY GENERAL OF RHODE ISLAND | CLASS ACTION FAIRNESS ACT NOTICES | 4 HOWARD AVE | CRANSTON | RI | 02920-3031 |
| ATTORNEY GENERAL OF SOUTH CAROLINA | CLASS ACTION FAIRNESS ACT NOTICES | 1000 ASSEMBLY ST STE 510 | COLUMBIA | SC | 29201-3117 |
| ATTORNEY GENERAL OF SOUTH DAKOTA | CLASS ACTION FAIRNESS ACT NOTICES | 1302 EAST HWY 14 STE 1 | PIERRE | SD | 57501-8501 |
| ATTORNEY GENERAL OF TENNESSEE | CLASS ACTION FAIRNESS ACT NOTICES | 500 DR MARTIN LUTHER KING BLVD | NASHVILLE | TN | 37243-0001 |
| ATTORNEY GENERAL OF TEXAS | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 12548 | AUSTIN | TX | 78711-2548 |
| ATTORNEY GENERAL OF UNITED STATES | CLASS ACTION FAIRNESS ACT NOTICES | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 |
| ATTORNEY GENERAL OF US VIRGIN ISLAN | CLASS ACTION FAIRNESS ACT NOTICES | 3438 KRONPRINDSENS GADE Ste 2ND | ST THOMAS | VI | 00802-5751 |
| ATTORNEY GENERAL OF UTAH | CLASS ACTION FAIRNESS ACT NOTICES | 350 N State St STE 230 | SALT LAKE CITY | UT | 84114-0002 |
| ATTORNEY GENERAL OF VERMONT | CLASS ACTION FAIRNESS ACT NOTICES | 109 State St | MONTPELIER | VT | 05609-1001 |
| ATTORNEY GENERAL OF VIRGINIA | CLASS ACTION FAIRNESS ACT NOTICES | 202 NORTH NINTH STREET | RICHMOND | VA | 23219-3424 |
| ATTORNEY GENERAL OF WASHINGTON | CLASS ACTION FAIRNESS ACT NOTICES | 800 5TH AVE STE 2000 | SEATTLE | WA | 98104-3188 |
| ATTORNEY GENERAL OF WEST VIRGINIA | CLASS ACTION FAIRNESS ACT NOTICES | STATE CAPITOL COMPLEX, BLDG. 1, RM E-26, 1900 K | CHARLESTON | WV | 25305 |
| ATTORNEY GENERAL OF WISCONSIN | CLASS ACTION FAIRNESS ACT NOTICES | PO BOX 7857 | MADISON | WI | 53707-7857 |
| ATTORNEY GENERAL OF WYOMING | CLASS ACTION FAIRNESS ACT NOTICES | STATE CAPITOL BLDG | CHEYENNE | WY | 82002-0001 |

Exhibit B

# If You Obtained a Big Picture or Castle Payday Loan
# You Could Get a Cash Payment.

*A federal court ordered this notice.  This is not a solicitation from a lawyer.*

- Read this Notice.  It states your rights and provides you with information regarding the settlement of a proposed nationwide Class Action ("Settlement") against individuals and entities involved with the making of online loans in the name of Big Picture Loans and Red Rock Tribal Lending d/b/a Castle Payday.  The settling parties, listed below, are referred to here as "Defendants."

- This Notice is a summary of information about the Settlement and explains your legal rights and options because you are a member of the class of borrowers who will be affected if the Settlement is approved by the Court.  The complete terms of the proposed Settlement are available at the Settlement website, www.bplsettlement.com.  You may also contact Class Counsel for further details and advice.

- The Settlement covers all individuals who obtained a Big Picture or Castle Payday loan from June 22, 2013 to May, 1, 2024. The lawsuit claimed that Defendants participated in an enterprise to offer loans through these entities at annual interest rates greater than what is permitted by state laws and the Racketeer Influenced and Corrupt Organizations Act. Defendants deny all allegations in this lawsuit.

- The lawsuit follows an earlier suit that resulted in cancellation of the loans at issue and cash payments to some Class Members, except those Class Members who "opted out" of the earlier settlement.

- As part of the proposed Settlement, Defendants have agreed to pay into a settlement fund, which will be used to make cash payments to some Class Members who meet specific criteria.  Defendants have also agreed not to provide support to Big Picture Loans, Red Rock Tribal Lending, or to assist with collection of any loans at issue in this lawsuit.

- The completion and final approval of this settlement is conditioned upon the Defendants successfully funding the payment by October 21, 2024. If the settlement is not funded, you will receive a separate notice and your claim will not be settled.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | You will remain a member of the Settlement Class and may be eligible for benefits, including cash payments.  You will give up rights to ever sue Defendants and other, related parties about the legal claims that are in or could have been brought in this lawsuit. |
| **EXCLUDE YOURSELF** | You can opt out of the Settlement and you will not be eligible for any benefits, including any cash payments.  This is the only option that allows you to keep any rights you have to bring, or to become part of, another lawsuit involving the claims being settled.  There is no guarantee that another lawsuit would be successful or would lead to a larger or better recovery than this Settlement. |
| **OBJECT TO THE SETTLEMENT** | If you do not exclude yourself from the Settlement, you may write to the Court about why you don't like the Settlement or why the Court should not approve it. |

1

## 1. WHY IS THERE A NOTICE?

This Notice is about a proposed nationwide Settlement that will be considered by the United States District Court in Richmond, Virginia (the "Court").  The Settlement must be approved by the Court.

The Plaintiffs' claims are being settled in the United States District Court for the Eastern District of Virginia in the case styled, *Galloway v. Martorello*, Case No. 3:19-cv-314.

## 2. WHAT IS THIS LAWSUIT ABOUT?

The claims involved in the Settlement arise out of loans made in the name of Red Rock Tribal Lending d/b/a/ Castle Payday and Big Picture Loans, which are owned by the Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally recognized Native American tribe (the "Tribe").

The Plaintiffs in this case claim that Defendants, who are non-Tribal individuals and entities, violated federal and state laws by making and collecting loans with annual interest rates in excess of the amount allowed by state laws.

Defendants vigorously deny any wrongdoing and Plaintiffs' claims.  They assert that the loans are legal because, among other reasons, (1) the rates and terms were authorized under the respective laws of the Tribe, and (2) the borrowers each explicitly agreed that tribal laws governed the loan(s).  Defendants also defend against the Plaintiffs' claims on numerous other grounds, including the expiration of the applicable statutes of limitation and that they were uninvolved in the operation or management of the lending enterprise. Notwithstanding the denials of liability and alleged unlawful conduct, Defendants have decided it is in their best interest to settle the Lawsuit to avoid the burden, expense, risk, and uncertainty of continuing in litigation.

Important case documents, including the Complaint, may be accessed at the Settlement Website, www.bplsettlement.com.

## 3. WHY IS THIS A CLASS ACTION?

In a class action or proceeding, one or more people, called class representatives, bring an action on behalf of people who have similar claims.  All of the people who have claims similar to the class representatives are a class or class members, except for those who exclude themselves from the class.  Here, the Plaintiffs have filed a lawsuit on behalf of the Class against the Defendants based on the Defendants' alleged involvement in, and support of, the lending scheme.

## 4. HOW DO I KNOW IF I AM INCLUDED IN THE SETTLEMENT?

You are a member of the Settlement Class and will be affected by the Settlement if you obtained a Big Picture or Castle Payday loan from June 22, 2013, to May 1, 2024.

If you received this Notice, we believe you are a member of the Settlement Class and you will be a Settlement Class Member unless you exclude yourself.

## 5. WHAT DOES THE SETTLEMENT PROVIDE?

Defendants have agreed to provide the following benefits and others more fully described at the Settlement website, www.bplsettlement.com:

**Cash Payments:**  A $65,000,000 fund will be created from contributions by the Defendants to provide additional cash payments to Class Members.  If the Court approves the Settlement, and if you are entitled to any payment, a check for your portion will be automatically mailed to you. The completion and final approval of this settlement is conditioned upon the Defendants successfully funding the payment by October 21, 2024. If the settlement is not funded, you will receive a separate notice and your claim will not be settled.

The amount of any cash payment to you will depend on what you paid in principal and/or what you paid in interest above your state's legal limits, as well as the amount of money available in the settlement fund.  The list of rates by state used in this Settlement is available on the Settlement Website, www.bplsettlement.com.  You will only get a proportionate share of the recovery because the total amount of the settlement funds available likely will not be enough to pay everyone the full amount paid on their loan. You may also go to the website to determine if you will receive a payment, and you can contact the Settlement Administrator using the contact information below to get an estimate of the amount you likely would receive if the Settlement is approved.  The cash payments made as part of this Settlement are in addition to the cash payment(s), if any, that you may have received as part

2

of the separate settlement of the earlier, related litigation in *Renee Galloway v. James Williams, et al.*, Civil Action No. 3:19-cv-470 (E.D. Va.), unless you excluded yourself from (or "opted out" of) that settlement.

The Settlement Administrator will mail a check with your cash payment, if any, to the same address as listed on this Notice, so please update your address if you move or it is incorrect.

You will **not** receive a cash payment, but will receive other benefits, if you:

- Did not make any payments on your loan with Big Picture or Castle Payday; or

- Lived in Arizona, Arkansas, Colorado, Connecticut, Idaho, Illinois, Indiana, Kansas, Kentucky, Massachusetts, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Pennsylvania, Ohio, South Dakota, Vermont, Virginia, and Wisconsin and did not make payments above the full principal amount of your loan; or

- Lived in Alabama, Alaska, California, Delaware, Florida, Georgia, Hawaii, Iowa, Louisiana, Maine, Maryland, Michigan, Mississippi, Missouri, Nebraska, North Dakota, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Texas, Washington, West Virginia, Washington D.C., and Wyoming and did not pay interest above your state's legal limits; or

- Lived in Utah or Nevada (which had no interest rate restrictions).

**Other Benefits**: Defendants will agree not to provide capital, services, or assistance to Big Picture or Red Rock Tribal Lending, as well as their successors, and will not participate in the collection of any of the loans at issue in the lawsuit, regardless of whether you have made any payments on those loans.

## 6. WHAT DO I HAVE TO DO TO RECEIVE THE BENEFITS OF THE SETTLEMENT?

Nothing. If the Court approves the Settlement, the benefits described above will happen automatically. The Settlement Administrator will send an email after Final Approval to update you on what happened at the hearing. You can also check the website for an update or contact the Settlement Administrator or Class Counsel if you have additional questions.

## 7. WHAT AM I GIVING UP TO GET A BENEFIT AND STAY IN THE SETTLEMENT CLASS?

Unless you exclude yourself, you are a member of the Settlement Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants concerning the claims relating to your Big Picture or Castle Payday loans. This means that you will not be able to pursue or recover any additional money from the Defendants beyond the benefits of this Settlement. The Released Parties, including the Defendants, are: Matt Martorello, Rebecca Martorello, Justin Martorello, Eventide, BWH Texas, Liont, LLC, Gallant Capital, LLC, the RLM 2018 Family Trust, the Martorello 2018 Children's Trust, Martorello Investments, LP, the RLM Management Trust, the Capstone Irrevocable Trust, the Bluetech Irrevocable Trust, Martorello 2023 Children's Trust, BVNT Children's Trust 1, BVNT Children's Trust 2, BVNT Childrens, LLC, Vroom Trust, Obsidian LLC, Capstone Holdings, LLC, Capstone Opportunities, LLC, GFLP Entity 1, LP, GFGP Entity 1, LP, Kairos Holdings, LLC, Promovere Inc., Braviant, LLC, Woodside Special Opportunity PE Fund, LP, Promus Ventures II, LP, GreenKey Technologies, LLC, PV Rocket Labs I, LLC, Promus III, LP, PV Expansion Fund I, Dorado Analytics, LLC, and Lonnie Jeremy Davis, and any and all other persons, entities or trusts whether presently or previously in existence, that are directly or indirectly in any way now or heretofore owned by, controlled by, related to, or associated with the foregoing, together with any of their respective current, former or successor: parent companies, holding companies, subsidiaries, trusts, sub-trusts, trustees, beneficiaries, parents, guardians, children, estates, principals, protectors, grantors, settlors, officers, directors, agents, employees, attorneys, successors, affiliates, heirs, assignees, general partners, limited partners, managers, members, vendors, consultants, transferees, investors, creditors, accountants, insurers, and shareholders.

With respect to any and all Released Claims, the Parties have stipulated and agreed that, upon the Effective Date, the Releasing Plaintiffs shall expressly have, and by operation of the Judgment shall have, to the fullest extent permitted by law, expressly waived and relinquished any and all provisions, rights, and benefits conferred by any law or any state or territory of the United States, or principle of common law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

Plaintiffs and each Settlement Class Member understand and acknowledge the significance of these waivers of California Civil Code Section 1542 and/or any other applicable law relating to limitations on releases. In connection with such waivers and relinquishment, Plaintiffs and each Settlement Class Member acknowledge that they are aware that they may hereafter discover facts in addition to, or different from, those facts that they now know or believe to be true with respect to the subject matter of the Settlement Agreement, but that they release fully, finally, and forever all Released Claims, and in furtherance of such intention, the release will remain in effect notwithstanding the discovery or existence of any such additional or different facts. Plaintiffs and Defendants acknowledge, and other Settlement Class Members by operation of law shall be deemed to have acknowledged, that the inclusion of "Unknown Claims" in the definition of Released Claims was separately bargained for and was a material element of the Settlement. Plaintiffs and each Settlement Class Member further covenant and agree that they will not sue or bring any action or cause of action, including by way of third-party claim, crossclaim, or counterclaim, against any of the Released Parties in respect of any of the Released Claims; they will not initiate or participate in bringing or pursuing any class action against any of the Released Parties in respect of any of the Released Claims; if involuntarily included in any such class action, they will use their best efforts to withdraw therefrom; and they will not assist any third party in initiating or pursuing a class action suit in respect of any of the Released Claims.

Staying in the Class also means that any Court orders pertaining to this Settlement will apply to you and legally bind you

## 8. HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

To be excluded from (or to "opt out" of) this Settlement, you must send an "Exclusion Request" by mail.  You may download a form to use from the Settlement website or you may send your own letter which must include:
- The name of this Action: "*Galloway v. Martorello,* No. 3:19-cv-314 (E.D. Va.)";
- Your name, address, and telephone number;
- Last four digits of your social security number, or your account number with Big Picture Loans or Castle Payday;
- A statement that you want to be excluded: "I request to be excluded from the class settlement in this case"; and
- Your Signature.

Your Exclusion Request must be **postmarked** no later than August 19, 2024, to:

Galloway Settlement
c/o Settlement Administrator
P.O. Box 23489
Jacksonville, FL  32241

## 9. HOW DO I TELL THE COURT THAT I OBJECT TO AND DO NOT LIKE THE SETTLEMENT?

Objecting to the Settlement is different than Excluding yourself from the Settlement.

If you are a Settlement Class Member and you do not exclude yourself from the Settlement, you can object to the Settlement if you think the Settlement is not fair, reasonable, or adequate, and that the Court should not approve the Settlement.  You also have the right to appear personally and be heard by the Court and the parties.  The Court and Class Counsel will consider your views carefully.

To object, you must send a letter stating your views to each of the parties listed below:

| COURT | SETTLEMENT ADMINISTRATOR |
| --- | --- |
| Clerk of the Court | Galloway Settlement |
| United States District Court | c/o Settlement Administrator |
| Eastern District of Virginia | P.O. Box 23489 |
| 701 E. Broad St. | Jacksonville, FL  32241 |
| Richmond, VA 23219 | |

You should include the docket number on the front of the envelope and letter you file to the Court: "EDVA USDC Case No. 3:19-cv-314".

All objections must include:
- The name of this Action: "*Galloway v. Martorello,*  No. 3:19-cv-314(E.D. Va.)";
- Your name, address, and telephone number;
- A sentence confirming that you are a Settlement Class Member;

- The factual basis and legal grounds for the objection to the Settlement; and
- Counsel representing an objecting Settlement Class Member must enter an appearance in these cases.  If you or your counsel want to appear personally at the hearings, you must state that in your Objection.

**Objections must be filed with the above Court no later than August 19, 2024, and served on the above parties so that they are postmarked no later than August 19, 2024.**

## 10.  WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Court will hold a hearing to decide whether to approve the Settlement.

The Eastern District of Virginia will hold a final hearing on the fairness of the Settlement on October 28, 2024 at 10:00 a.m. in the courtroom of Judge Robert E. Payne of the United States District Court for the Eastern District of Virginia, 701 E. Broad St., Richmond, VA 23219.  At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.

If there are objections or comments, the Court will consider them at that time.  The hearing may be moved to a different date or time without additional notice.  Please check www.bplsettlement.com or call 1-800-641-9098 to be kept up-to-date on the date, time, and location of the hearing.

## 11.  DO I HAVE TO COME TO THE HEARING?

No.  But you are welcome to come at your own expense.  As long as you mailed your written objection on time, the Court will consider it.  You may also retain a lawyer to appear on your behalf at your own expense.

## 12.  DO I HAVE A LAWYER IN THE CASE?

Yes.  The Court has appointed these law firms in these cases as "Class Counsel" to represent you and all other members of the Settlement Class: Consumer Litigation Associates, P.C., Kelly Guzzo PLC, Terrell Marshall Law Group PLLC, Berger & Montague PC, Caddell & Chapman, and Gupta Wessler PLLC.

These lawyers will not separately charge you for their work on the case. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 13.  HOW WILL THE LAWYERS BE PAID?

Class Counsel are permitted to ask the Court for an award of attorneys' fees not to exceed one third of the amount paid by Defendants, which is $21,666,666.66.  The amount awarded by the Court will reduce the distributions to Class Members.

Class Counsel will ask the Court to approve payments for the Class Representatives.  None of these awards will exceed $20,000 per Class Representative. The Class Representatives made substantial contributions in the prosecution of this lawsuit for the benefit of the Class.  The Court will ultimately decide how much the individual Class Representatives will be paid.

## 14.  HOW DO I GET MORE INFORMATION?

This Notice summarizes the proposed Settlement.  You can get a copy of the Settlement Agreement and other relevant case-related documents by visiting www.bplsettlement.com or by contacting the Settlement Administrator at info@bplsettlement.com or 1-800-641-9098. You may also contact Class Counsel at 1-888-891-2289.

**PLEASE DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR THE LITIGATION TO THE CLERK OF THE COURT, THE JUDGE, THE DEFENDANTS OR THE DEFENDANTS' COUNSEL. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

Exhibit C

"Exclusion Request"

I Choose to "Opt Out" of this Settlement:
"(Galloway v. Matorello, No. 3:19-cv-314 (E.D. Va.)";

Peter W. K. Lonoaea
125 Lakeview Circle Apt. 104
Wahiawa, HI 96786
808-369-7997


Mr. PETER W. LONOAEA
125 Lakeview Cir. Apt. 104
Wahiawa, HI 96786

XXX.XX.6316

"I request to be excluded from the class settlement in this case.";

Peter W. K. Lonoaea

Galloway Settlement
c/o Settlement Administrator
P.O. Box 23489
Jacksonville, FL 32241

744
GALLOWAY v JUSTIN
EXCLUSION 400001

JUL 19 2024

Mr. PETER W. LONOAEA
125 Lakeview Cir. Apt. 104
Wahiawa, HI 96786



HONOLULU HI 967

15 JUL 2024 PM 1

FOREVER / USA

RECEIVED
Station 1
JUL 19 2024
American Legal
Claim Services

Galloway Settlement
c/o Settlement Administrator
P.O. Box 23489
Jacksonville, FL 32241

32241-348989



Mr. PETER W. LONOAEA
125 Lakeview Cir. Apt. 104
Wahiawa, HI 96786



Mr. PETER W. LONOAEA
125 Lakeview Cir. Apt. 104
Wahiawa, HI 96786

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

<u>ExcLusion Request</u>

Galloway v. MarTorello, No. 3:19-ev-314 (E.D. Va.)";

Margaret Morrissey
1404 37 Ave Dr.
Moline IL 61265

The notice ID: 27179178
PIN: 471 338 826

I <u>do not</u> give out my social security number,
or the Last 4 numbers.

I Request to be excluded From
The Class Settlement in This Case.

Margaret Morrissey

744
GALLOWAY v JUSTIN

EXCLUSION 400002

JUL 2 9 2024

POSTMARK
ABSENT

1404 37th Ave Dr
Moline, IL 61265

JUL 29 2024

32224133489

GALLoway Settlement
c/o Settlement Administrator
P.O. BOX 23489
Jacksonville, FL
32241



## Exclusion Request

The name of this action:
"Galloway v. Martorello"
No. 3:19-cv-314 (E.D. Va)

Amy Bowden                    AUG 05 2024
1970 S. Garth Ave. Apt. 11
Los Angeles, CA 90034
310-435-1386
Last 4 of S.S.# 5988

   I request to be excluded
from the class settlement
in this case.
                    Amy Bowden



AUG 05 2024

744
GALLOWAY v JUSTIN
EXCLUSION 400003

Amy Bowden
1970 S. Garth Ave
L.A. C.A. 90034

LOS ANGELES CA 900

32241-348989

AUG 05 2024

Galloway Settlement
c/o Settlement Administrator
P.O. Box 23489
Jacksonville, FL
32241

Galloway v Martorello    No. 3:19-cv-314 (E.D. Va)

C/O settlement Administrator

P.O. Box 23489

Jacksonville, FL 32241


I Request to Be Excluded

From class settlement:

Patricia Ann W. Lawrence

SS 6012          703 943-6594 cell

6330 Maryview Street

Alex., VA 22310


Patricia Ann W. Lawrence

July 24, 2024


744
GALLOWAY v JUSTIN

EXCLUSION 400004

RECEIVED
AUG 12 2024

POSTMARKED
JUL 29 2024
American Legal Claims



AUG 12 2024

Patricia Lawrence
6330 Maryview St.
Alexandria, VA 22310-2928

American Heart Association
Supporter

Galloway Settlement
C/o Settlement Administrator
P. O. Box 23489
Jacksonville, FL 32241-3489

29 JUL 2024  PM 4  L

GALLOWAY V MARTORELLO
NO. 3:19-CV-314 (E.D. VA)"

C/O Settlement Administrator
P. O. BOX 23489
JACKSONVILLE, FL 32241

I Request to Be Excluded
From Class Settlement:

John Edward Lawrence
SS 6240        703 922-9095
6330 Maryview Street
Alex, VA 22310      7-29-24

John Edward Lawrence

744
GALLOWAY v JUSTIN
EXCLUSION 400005

RECEIVED
AUG 1 4 2024

POSTMARKED
JUL 2 9 2024



Cpl John Lawrence
6330 Maryview St
Alexandria, VA 22310-2928

NOVA 220

29 JUL 2024 PM 2 L

AUG 14 2024

Galloway Settlement
c/o Settlement Administrator
P.O. Box 23489
Jacksonville, FL 32241-3489



Trudie L. Miller

920 10th Ave South

662-889-9916

4542

I would like to be A Excluded

In This Settlement.

Trudie L. Miller

Galloway V. Martorello

No. 3:19-Ev. 314 (E.D. VA)

**744**
**GALLOWAY v JUSTIN**
**EXCLUSION 400006**

AUG 19 2024

POSTMARKED

AUG 12 2024

American Legal Claims



Plaintiffs and each Settlement Class Member understand and acknowledge the significance of these waivers of California Civil Code Section 1542 and/or any other applicable law relating to limitations on releases. In connection with such waivers and relinquishment, Plaintiffs and each Settlement Class Member acknowledge that they are aware that they may hereafter discover facts in addition to, or different from, those facts that they now know or believe to be true with respect to the subject matter of the Settlement Agreement, but that they release fully, finally, and forever all Released Claims, and in furtherance of such intention, the release will remain in effect notwithstanding the discovery or existence of any such additional or different facts. Plaintiffs and Defendants acknowledge, and other Settlement Class Members by operation of law shall be deemed to have acknowledged, that the inclusion of "Unknown Claims" in the definition of Released Claims was separately bargained for and was a material element of the Settlement. Plaintiffs and each Settlement Class Member further covenant and agree that they will not sue or bring any action or cause of action, including by way of third-party claim, crossclaim, or counterclaim, against any of the Released Parties in respect of any of the Released Claims; they will not initiate or participate in bringing or pursuing any class action against any of the Released Parties in respect of any of the Released Claims; if involuntarily included in any such class action, they will use their best efforts to withdraw therefrom; and they will not assist any third party in initiating or pursuing a class action suit in respect of any of the Released Claims.

Staying in the Class also means that any Court orders pertaining to this Settlement will apply to you and legally bind you

## 8.   HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

To be excluded from (or to "opt out") of this Settlement, you must send an "Exclusion Request" by mail.  You may download a form to use from the Settlement website or you may send your own letter which must include:
- The name of this Action: "*Galloway v. Martorello*, No. 3:19-cv-314 (E.D. Va.)";
- Your name, address, and telephone number;
- Last four digits of your social security number, or your account number with Big Picture Loans or Castle Payday;
- A statement that you want to be excluded: "I request to be excluded from the class settlement in this case"; and
- Your Signature.

Your Exclusion Request must be **postmarked** no later than August 19, 2024, to:

Galloway Settlement
c/o Settlement Administrator
P.O. Box 23489
Jacksonville, FL  32241

## 9.   HOW DO I TELL THE COURT THAT I OBJECT TO AND DO NOT LIKE THE SETTLEMENT?

Objecting to the Settlement is different than Excluding yourself from the Settlement.

If you are a Settlement Class Member and you do not exclude yourself from the Settlement, you can object to the Settlement if you think the Settlement is not fair, reasonable, or adequate, and that the Court should not approve the Settlement.  You also have the right to appear personally and be heard by the Court and the parties.  The Court and Class Counsel will consider your views carefully.

To object, you must send a letter stating your views to each of the parties listed below:

| COURT | SETTLEMENT ADMINISTRATOR |
|---|---|
| Clerk of the Court | Galloway Settlement |
| United States District Court | c/o Settlement Administrator |
| Eastern District of Virginia | P.O. Box 23489 |
| 701 E. Broad St. | Jacksonville, FL  32241 |
| Richmond, VA 23219 | |

You should include the docket number on the front of the envelope and letter you file to the Court: "EDVA USDC Case No. 3:19-cv-314".

All objections must include:
- The name of this Action: "*Galloway v. Martorello*, No. 3:19-cv-314(E.D. Va.)";
- Your name, address, and telephone number;
- A sentence confirming that you are a Settlement Class Member;

4

of the separate settlement of the earlier, related litigation in *Renee Galloway v. James Williams, et al.*, Civil Action No. 3:19-cv-470 (E.D. Va.), unless you excluded yourself from (or "opted out" of) that settlement.

The Settlement Administrator will mail a check with your cash payment, if any, to the same address as listed on this Notice, so please update your address if you move or it is incorrect.

You will **not** receive a cash payment, but will receive other benefits, if you:

- Did not make any payments on your loan with Big Picture or Castle Payday; or

- Lived in Arizona, Arkansas, Colorado, Connecticut, Idaho, Illinois, Indiana, Kansas, Kentucky, Massachusetts, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Pennsylvania, Ohio, South Dakota, Vermont, Virginia, and Wisconsin and did not make payments above the full principal amount of your loan; or

- Lived in Alabama, Alaska, California, Delaware, Florida, Georgia, Hawaii, Iowa, Louisiana, Maine, Maryland, Michigan, Mississippi, Missouri, Nebraska, North Dakota, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Texas, Washington, West Virginia, Washington D.C., and Wyoming and did not pay interest above your state's legal limits; or

- Lived in Utah or Nevada (which had no interest rate restrictions).

**Other Benefits**: Defendants will agree not to provide capital, services, or assistance to Big Picture or Red Rock Tribal Lending, as well as their successors, and will not participate in the collection of any of the loans at issue in the lawsuit, regardless of whether you have made any payments on those loans.

## 6.   WHAT DO I HAVE TO DO TO RECEIVE THE BENEFITS OF THE SETTLEMENT?

Nothing.  If the Court approves the Settlement, the benefits described above will happen automatically.  The Settlement Administrator will send an email after Final Approval to update you on what happened at the hearing.  You can also check the website for an update or contact the Settlement Administrator or Class Counsel if you have additional questions.

## 7.   WHAT AM I GIVING UP TO GET A BENEFIT AND STAY IN THE SETTLEMENT CLASS?

Unless you exclude yourself, you are a member of the Settlement Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants concerning the claims relating to your Big Picture or Castle Payday loans. This means that you will not be able to pursue or recover any additional money from the Defendants beyond the benefits of this Settlement.  The Released Parties, including the Defendants, are: Matt Martorello, Rebecca Martorello, Justin Martorello, Eventide, BWH Texas, Liont, LLC, Gallant Capital, LLC, the RLM 2018 Family Trust, the Martorello 2018 Children's Trust, Martorello Investments, LP, the RLM Management Trust, the Capstone Irrevocable Trust, the Bluetech Irrevocable Trust, Martorello 2023 Children's Trust, BVNT Children's Trust 1, BVNT Children's Trust 2, BVNT Childrens, LLC, Vroom Trust, Obsidian LLC, Capstone Holdings, LLC, Capstone Opportunities, LLC, GFLP Entity 1, LP, GFGP Entity 1, LP, Kairos Holdings, LLC, Promovere Inc., Braviant, LLC, Woodside Special Opportunity PE Fund, LP, Promus Ventures II, LP, GreenKey Technologies, LLC, PV Rocket Labs I, LLC, Promus III, LP, PV Expansion Fund I, Dorado Analytics, LLC, and Lonnie Jeremy Davis, and any and all other persons, entities or trusts whether presently or previously in existence, that are directly or indirectly in any way now or heretofore owned by, controlled by, related to, or associated with the foregoing, together with any of their respective current, former or successor: parent companies, holding companies, subsidiaries, trusts, sub-trusts, trustees, beneficiaries, parents, guardians, children, estates, principals, protectors, grantors, settlors, officers, directors, agents, employees, attorneys, successors, affiliates, heirs, assignees, general partners, limited partners, managers, members, vendors, consultants, transferees, investors, creditors, accountants, insurers, and shareholders.

With respect to any and all Released Claims, the Parties have stipulated and agreed that, upon the Effective Date, the Releasing Plaintiffs shall expressly have, and by operation of the Judgment shall have, to the fullest extent permitted by law, expressly waived and relinquished any and all provisions, rights, and benefits conferred by any law or any state or territory of the United States, or principle of common law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

Trudie Miller
120 10th Ave So
Columbus, MS
39701

SETTLEMENT ADMINISTRATOR
Galloway SETTLEMENT
C/o SETTLEMENT AdMINISTRATOR
P.O. Box 28489
322413488689 Jacksonville, FL
32241

RECEIVED
AUG 19 2024

JACKSON MS 390
12 AUG 2024 PM 3 L



To whom this may concern:

August 16, 2024

Galloway v. Martorelle, No. 3:19-cv-314 (E.D. Va.)

Name: Laquinta Renee Wright

Address: 214 Pepper Lane Henderson NC 27537

Telephone Number: 252 433-7530

SS#: 3039

To whom this may concern:

I request to be excluded from the class settlement in this case.

*Laquinta R Wright* 8/16/2024

**744**
GALLOWAY v JUSTIN
EXCLUSION 400007

RECEIVED
AUG 2 2 2024

POSTMARKED
AUG 1 9 2024
American Legal Claims

Laquinta Wright
214 Pepper Lane
Henderson NC 27537

RALEIGH NC 275
Research Triangle Region
19 AUG 2024 PM 2 L

32241-348989

Galloway Settlement
C/o Settlement Administrator
P.O. Box 23489
Jacksonville, FL 32241

AUG 22 2024

August 16, 2024

"Galloway v Martorello, No. 3:19-cv-314(E.D.V.A)

Bobby Earl Franklin Jr

3777 E McDowell RD Apt 1071

Phoenix AZ 85008        (623) 469-5216 (Home)
                        (602) 488-7741 (mobile)

SSN - #1748

I request to be excluded from the Class
Settlement in this Case.

Sincerely,

Bobby E Franklin Jr

744
GALLOWAY v JUSTIN
EXCLUSION 400008

AUG 23 2024

POSTMARKED
AUG 16 2024
American Legal Claims



Bobby Franklin Jr
3777 E Menmoc Rd #1071
Mesa, AZ - 85205

[ ] Please check box if address has changed

Galloway Settlement
c/o Settlement Administrator
P.O. Box 33489
Jacksonville, Florida
32237-3489

AUG 23 2024

# Exhibit D

**THE UNITED STATES DISTRICT IN COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

RENEE GALLOWAY, et al., on behalf of
themselves and all others  similarly
situated,

Plaintiffs,

Case No: 3:19-cv-00314(E.D. Va.)

V.

JUSTIN MARTORELLO, et al.,

Defendants

**<u>OBJECTION TO SETTLEMENT</u>**

My given name is CURTIS HENRY JOHNSON. I am a Settlement Class Member.  My address is
24988A, Highway 17, Bophumpa Creek, MS. 39095. Notice ID: 272662258 PIN: 421 972 573

1. My cell phone number 601-985-9031 and my email address is <u>curtis9592@yahoo.com</u>.
2. On or near July 11th, 2024, I received a mailpiece from Galloway v Martorella c/o
   Settlement Administrator. Inside the mailpiece was a "Notice" about a proposed
   nationwide Settlement in the above captioned case.
3. I, Curtis Henry Johnson, object to the proposed settlement for several reasons.
4. First, in light of the harm suffered by members of the class and the extent of the
   defendant's wrongdoings to me, the proposed settlement is not fair, reasonable, and/or
   adequate.
5. Second, I am aware of procedural flaws in the settlement process. As a "class member"
   to this proposed settlement my consent to any arm's length negotiations or exchange of
   information ever took place.
6. Third, the terms of the settlement and details are not readily available online, so that it's
   impossible for class members to understand what they're being asked to agree to.
7. Fourth, there are intra-class conflicts. The proposed settlement amount is farcically low.
   I have no personal knowledge of the fees awarded attached to this proposed settlement
   for the vagueness and non-transparency but from the face of the settlement those
   proposed awarded fees are extremely high. Not taking away from the hard work put in
   by those deserving such awarded fees.
8. Fifth, I, CURTIS HENRY JOHNSON, should be a named party/plaintiff to this class action
   lawsuit. Class representatives are not adequate as to deciding my fate in this proposed

744
GALLOWAY v JUSTIN MARTOR
OBJECTION 450001

JUL 22 2024

settlement.  Schluad v. Synder 717 F.3d (6th Cir. 2013) speaks plainly in regards to intra-class conflicts.

9.  Sixth, several Supreme Court Justices have agreed that class members have the same voice and rights as class representatives/plaintiffs/parties but this is not the case here.

10. Seventh, the defendants in this matter racially discriminated against class members, fraudulently made checks and withdrew funds from my account after a stop payment was put on my Regions Bank account for Big Picture Loans. Attached are proof of those fraudulent checks made by the defendants and emails sent to the defendants by me asking for full disclosure of the terms of the contract and the breach thereof.

11. Eighth, the wrongdoing by defendants have damaged me emotionally and financially to the point where I had to close that particular account and open a new account to changing financial institutions altogether. My credit is ruined. I had several insufficient funds causing other bills to be unpaid to having my vehicle being repossessed. This was life changing.

Please take these serious concerns into consideration. My evidence should be a part of the record.

Sincerely,

CURTIS HENRY JOHNSON.  9/16/24

Curtis Henry Johnson

STATE OF MISSISSIPPI

COUNTY OF HOLMES

Sworn and subscribed to before me this _16_ day of _July_, 2024

By _____.



Charlie Luckett - Chancery Clerk
By Lillie Timmons X

**NOTARY PUBLIC**

COMMISSION EXPIRES:

MY COMMISSION EXPIRES JAN. 1, 2024

*Exhibit 1*

 **REGIONS**

**Regions Bank**
Greenwood Park Ave
606 West Park Avenue
Greenwood, MS 38930

CURTIS H JOHNSON
24988 HIGHWAY 17
LEXINGTON MS 39095-5148

2

**ACCOUNT #** 0260984716

| | |
|---|---|
| | 001 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 3 of 4 |

## FEES (CONTINUED)

| | | |
|---|---|---|
| 10/05 | Paid Overdraft Item Fee | 72.00 |

| | |
|---|---|
| Total Fees | $180.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 108.00 | 252.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 10/03 | 9000 | 283.44 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/20 | 341.60 | 09/30 | 812.10 | 10/11 | 49.28 |
| 09/21 | 61.60 | 10/03 | 8.39 - | 10/12 | 27.87 |
| 09/22 | 21.25 | 10/04 | 230.61 | 10/13 | 183.23 |
| 09/26 | 11.25 | 10/05 | 288.03 - | 10/14 | 280.66 |
| 09/29 | 1,416.25 | 10/06 | 116.03 - | 10/17 | 13.61 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

*Exhibit 2*

 **REGIONS**

**Regions Bank**
Greenwood Park Ave
606 West Park Avenue
Greenwood, MS 38930

CURTIS H JOHNSON
24988 HIGHWAY 17
LEXINGTON MS 39095-5148

**ACCOUNT #**        0260984716

|  |  |
|---|---|
| Cycle | 001 |
|  | 09 |
| Enclosures | 0 |
| Page | 2 of 3 |

## FEES

| | | |
|---|---|---:|
| 11/14 | Paid Overdraft Item Fee | 36.00 |
| 11/16 | Monthly Fee | 8.00 |
| | Total Fees | $44.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees (may include waived fees) | 36.00 | 288.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 11/01 | 953471 | 283.44 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/25 | 85.61 | 11/01 | 10.05 | 11/16 | 83.94 - |
| 10/31 | 34.89 | 11/14 | 75.94 - | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

7/15/24, 2:21 PM

wpiaapp01.corp.rgbk.com:8080/inquiry/servlet/inquiry



Posting Date Oct 03 2022 DB/CR D Amount $283.44 Item Bank 1 Account 260984716 Posting Seq No 3100782272 Business Unit Seq No 0000000000

Posting Date  Oct 03 2022 DB/CR  D Amount  $283.44 Item Bank  1 Account  260984716 Posting Seq No  3100782272 Business Unit Seq No  0000000000





Posting Date Nov 01 2022 DB/CR D Amount $283.44 Item Bank 1 Account 260984716 Posting Seq No 3200973360 Business Unit Seq No 0000000000

Posting Date  Nov 01 2022 DB/CR  D Amount  $283.44 Item Bank  1 Account  260984716 Posting Seq No  3200973360 Business Unit Seq No  0000000000



Posting Date Dec 01 2022 DB/CR D Amount $283.44 Item Bank 1 Account 260984716 Posting Seq No 3500023428 Business Unit Seq No 0000000000

Posting Date  Dec 01 2022 DB/CR  D Amount  $283.44 Item Bank  1 Account  260984716 Posting Seq No  3500023428 Business Unit Seq No  0000000000

Exhibit 3



**Regions Bank**
Greenwood Park Ave
606 West Park Avenue
Greenwood, MS 38930

*Exhibit 4*

CURTIS H JOHNSON
24988 HIGHWAY 17
LEXINGTON MS 39095-5148

2

**ACCOUNT #**          **0260984716**

| | 001 |
|---|---|
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

## FEES

| | | |
|---|---|---|
| 10/03 | Paid Overdraft Item Fee | 36.00 |
| 10/04 | Stop Pay-Special Pay Inst Fee | 72.00 |

**3:55**      5G+ 🔋

< **4**       ∧ ∨

 **Curtis Johnson**     12/3/22
To: Big Picture Loans >

# Re: Your Payment has been Processed

Exhibit 5

Stop

Sent from my iPhone

On Dec 2, 2022, at 8:30 AM, Big Picture Loans <support@bigpictureloans.com> wrote:



Your payment has been processed!

Loan #70633702

Dear Curtis,

Thank you for your recent payment!

Date Processed: 12/01/2022

Amount: $283.44

Confirmation #: 5116583

Account Ending in: ******4716

This is a confirmation that your payment was processed. We will contact you if there is a problem finalizing your payment.

Thank you,

                  

3:56   .il   5G+ ▪

‹ ④   ^

 **Curtis Johnson**
To: 


*Exhibit 6*

# Re: Scheduled Payment Reminder

I was not given full disclosure of this contract which is a violation of the truth in lending disclosure. Cease and desist any and all communication with me regarding this loan. The contract has been breached.

Sent from my iPhone

> On Sep 23, 2022, at 8:18 AM, Big Picture Loans <support@bigpictureloans.com> wrote:



**Your payment is due on 10/03/2022**

Dear Curtis,

Just a friendly reminder - your next scheduled payment is due on **10/03/2022** for **$283.44**.

Loan Number: 70633702
Payment Amount: $283.44*
Payment Due On: 10/03/2022

         

**CERTIFIED MAIL**

7022 1670 0002 0954 5150

Retail  

U.S. POSTAGE
FCM LG ENV
LEXINGTON, M
JUL 16, 2024

32241

$7.16

RDC 99

S2324A500577

**FROM:**

Curtis Johnson
24988A Highway 17
Bophumpa Creek, Bophumpa
[39095]

**TO:**

Galloway Settlement
c/o Settlement Administrator
P.O. Box 23489
Jacksonville, FL. 32241
Case no: 3:19-cv-314 (E.D. Va.)

Utility Mailer
10 1/2" x 16"

ReadyP