IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RENEE GALLOWAY, *et al.*, *on behalf of themselves and all individuals similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN MARTORELLO., *et al.*,<br><br>Defendants. | Case No. 3:19-cv-00314-REP |

**PLAINTIFFS' MOTION TO ENFORCE COMPLIANCE WITH § 3.5 OF THE SETTLEMENT AGREEMENT**

Plaintiffs, by and through counsel, submit this Motion to Enforce Compliance with § 3.5 of the Settlement Agreement. For the reasons explained herewith, Plaintiffs request the Court to enforce this provision to require Mr. Tassone (or the current trustee) to appear before United States Magistrate Judge Mark Colombell on November 13, 2024, for the purpose of providing an update on each and every step taken he has taken in connection with the settlement, as well as the current status of the sale and all bids.

Date: October 25, 2024

Respectfully submitted,
**PLAINTIFFS**

/s/
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.

1

763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

*Class Counsel*