IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RENEE GALLOWAY, *et al.*, *on behalf of themselves and all individuals similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN MARTORELLO., *et al.*,<br><br>Defendants. | Case No. 3:19-cv-00314-REP |

## MOTION TO SEAL

For the reasons explained in the accompanying Memorandum of Law, Plaintiffs, by Counsel, under Rule 5 of the Local Rules of the United States District Court for the Eastern District of Virginia, move to seal certain portions of their Motion to Enforce Compliance with § 3.5 of the Settlement Agreement (ECF 680).

                                              Respectfully submitted,
                                              **PLAINTIFFS**

                                              By:      */s/*
                                                           Counsel

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A

1

Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
*Counsel for Plaintiffs*