IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                                        Civil Action No. 3:19cv314

JUSTIN MARTORELLO, et al.,

    Defendants.

## ORDER

It is hereby ORDERED that settlement negotiations are referred to United States Magistrate Judge Mark R. Colombell.

The Clerk is directed to send a copy of this Order to Magistrate Judge Colombell.

It is so ORDERED.

                                                     /s/
                                         Robert E. Payne
                                         Senior United States District Judge

Richmond, Virginia
Date: November 1, 2024