**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| RENEE GALLOWAY, *et al.*, *on behalf of themselves and all individuals similarly situated*, | Case No. 3:19-cv-00314-REP |
| Plaintiffs, | |
| v. | |
| JUSTIN MARTORELLO, *et al.*, | |
| Defendants. | |

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE COMPLIANCE WITH § 3.5 OF THE SETTLEMENT AGREEMENT**

Plaintiffs, by and through counsel, submit this Reply Memorandum in Support of their Motion to Enforce Compliance with § 3.5 of the Settlement Agreement. Under Local Rule 7(F)(1), the trustee was required to respond to Plaintiffs' motion no later than November 8, 2024.[1] Because no response was filed,[2] the Court should treat the motion as unopposed and enter the Proposed Order submitted by Plaintiffs.

Respectfully submitted,
**PLAINTIFFS**

Date: November 12, 2024 _____ /s/ _____

[1] Attached is a delivery confirmation for the service of the motion. *See* Ex. 1.

[2] Mrs. Martorello opposed the in-person attendance of the trustee, but she lacks standing to make this objection as she is a separate party. Furthermore, Mrs. Martorello's opposition correctly acknowledges that the Settlement Agreement is silent on whether the participation can be by telephone or in-person. When an agreement is silent, however, it "is necessary to examine the pertinent provisions in the agreement and the surrounding circumstances to ascertain that intent." *ExxonMobil Oil Corp. v. Black Stone Petroleum Inc.*, 221 F. Supp. 3d 755, 765 (E.D. Va. 2016) (citation omitted). Here, the Settlement Agreement potentially resolves 7 years of litigation, involves a complex transaction, and creates a settlement fund to be distributed to consumers across the country. Although silent on the method of participation, it should be no surprise and should be expected that in-person participation can be required under the circumstances.

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

*Class Counsel*