IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

RENEE GALLOWAY *et al.*,

    Plaintiffs,

v.

JUSTIN MARTORELLO *et al.*,

    Defendants.

Case No. 3:19-cv-314

## **SUGGESTION OF BANKRUPTCY**

Rebecca Martorello now submits this Suggestion of Bankruptcy and respectfully shows the Court as follows:

1. On November 13, 2024, Mrs. Martorello filed a bankruptcy petition under Chapter 7 of Title 11, United States Code, in the Northern District of Texas, Fort Worth Division, Case No. 24-44210.

2. In accordance with section 362(a) of the Bankruptcy Code, the automatic stay is presently in effect in connection with any proceedings against Mrs. Martorello.

Respectfully submitted:

Rebecca Martorello

 /s/
William B. Jackson (VSB No. 84012)
Counsel for Rebecca Martorello
Jackson Lewis P.C.
500 E. Main St., Suite 800
Norfolk, Virginia 23510
(757) 648-1445 Telephone
(757) 648-1418 Facsimile
billy.jackson@jacksonlewis.com

**CERTIFICATE OF SERVICE**

  I certify that on this 13th day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                 /s/
                William B. Jackson (VSB No. 84012)
                Jackson Lewis P.C.
                500 E. Main St., Suite 800
                Norfolk, Virginia 23510
                (757) 648-1445 Telephone
                (757) 648-1418 Facsimile
                billy.jackson@jacksonlewis.com