**CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**
**NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

| | |
|---|---|
| JUDGE: **ROBERT E. PAYNE** | DOCKET NO.: **3:19-CV-314** |
| REPORTER: **KRISTA LISCIO, OCR** | DATE: **NOVEMBER 15, 2024** |

Case Style:   RENEE GALLOWAY et al v. JUSTIN MARTORELLO et al
Counsel for Plaintiff(s):   KRISTI KELLY, DREW SARRETT
Counsel for Defendant(s) Justin Martorello & Eventide Credit Acquisitions:   JOHN TALIAFERRO *(NOT PRESENT)*
Counsel for Defendant(s) Breakwater Holdings & Bluetech Irrevocable Trust:   JONATHAN HOLLIS *(NOT PRESENT)*
Counsel for Defendant(s) Rebecca Martorello:   WILLIAM JACKSON *(FILED FOR BANKRUPTCY 11/13/2024)*

Matter Comes on For:   ( ) BENCH TRIAL
( ) MOTION HEARING:  _____
(✓) OTHER:  STATUS HEARING PER ORDER (ECF NO. 677)

Appearances:   PARTIES          BY COUNSEL (✓) / WITH COUNSEL (  )          PRO SE (  )

Motions Before Trial:
( ) _____
( ) _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (  )   DEFENDANTS (  )   COURT (  )

OPENING STATEMENTS MADE (  )          OPENING WAIVED (  )

PLAINTIFF(S) ADDUCED EVIDENCE (  )   RESTED (  )   MOTION (  ) _____

DEFENDANT(S) ADDUCED EVIDENCE (  )   RESTED (  )   MOTION (  ) _____

REBUTTAL EVIDENCE ADDUCED (  )          SUR-REBUTTAL EVIDENCE ADDUCED (  )

EVIDENCE CONCLUDED (  )          ARGUMENTS OF COUNSEL HEARD (  )

COURT FOUND IN FAVOR OF PLAINTIFF(S) (  )   MONETARY REWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) (  ) _____

CLERK TO ENTER JUDGMENT ON DECISION (  )   TRIAL EXHIBITS RETURNED TO COUNSEL (  )

**ADDITIONAL NOTATIONS:**
NO DEFENDANTS NOR THEIR COUNSEL APPEARED FOR TODAY'S PROCEEDINGS; CURRENT LIVE COUNTS ARE 2 (RICO), 5 (VIOLATION VA USURY LAWS), 28 (UNJUST ENRICHMENT), 29 (CIVIL CONSPIRACY) ON COMPLAINT (ECF 1) PER ORDER (ECF 615); PLAINTIFFS REQUESTING TO WAIT ON ENTRY OF COMFORT ORDER & THEN WITHIN 30 DAYS FILE FOR DEFAULT RE: BLUETECH & MOTION FOR CLASS CERTIFICATION THEREAFTER; MOTION FOR EXTENSION (ECF 691) HELD IN ABEYANCE PENDING REPORT OF PLAINTIFFS WITHIN 60 DAYS; PLAINTIFFS TO PROCEED W/ ENFORCEMENT OF DISCOVERY ORDER RE: BLUETECH; PLAINTIFFS TO FILE STATUS REPORT BY 11/22/2024 & AGAIN AFTER RULING ON COMFORT ORDER; PLAINTIFFS TO ORDER TRANSCRIPT

CASE CONTINUED UNTIL   _____   AT   _____   FOR   _____

SET:  **10:00 A.M.**      BEGAN:  **10:20 A.M.**      ENDED:  **11:02 A.M.**      TIME IN COURT:  **42 MINS.**