IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                             Civil Action No. 3:19cv314

JUSTIN MARTORELLO,
et al.,

    Defendants.

## ORDER

For the reasons set forth on the record during the hearing held on November 15, 2024, the Court hereby ORDERS that the MOTION FOR EXTENSION OF TIME (ECF no. 691) shall be held in abeyance pending a status report that the Plaintiffs shall file by January 14, 2025. It is further ORDERED that the Plaintiffs shall file by November 22, 2024, a status report respecting whether the parties agree that Paragraph 3.7 of the Settlement Agreement operates to render the settlement agreement null and void.

    It is so ORDERED.

                                    /s/   REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: November 15, 2024