IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RENEE GALLOWAY, *et al.*, *on behalf of themselves and all individuals similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN MARTORELLO, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00314-REP |

**STATUS REPORT REGARING SETTLEMENT**

Pursuant to the Court's Order dated November 15, 2024 (ECF 701), Plaintiffs hereby submit this status report respecting whether the parties agree that Paragraph 3.7 of the Settlement Agreement operates to render the Settlement Agreement null and void. Plaintiffs have written confirmation that all parties to the Settlement Agreement agree that it is null and void under Paragraph 3.7 (as well as under Paragraph 3.5).

Respectfully submitted,
**PLAINTIFFS**

Date: November 22, 2024

/s/
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A

1

Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

*Class Counsel*