**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| RENEE GALLOWAY, *et al.*, *on behalf of themselves and all individuals similarly situated*, | Case No. 3:19-cv-00314-REP |
| Plaintiffs, | |
| v. | |
| JUSTIN MARTORELLO, *et al.*, | |
| Defendants. | |

**PLAINTIFFS' STATUS REPORT**

Pursuant to the Court's Order dated November 15, 2024 (ECF No. 701), the Plaintiffs provide this status report regarding the items discussed at the November 15, 2024 Status Conference *See* ECF No. 699:

1.      Rebecca Martorello filed for bankruptcy protection on November 13, 2024, and that proceeding remains pending in the United States Bankruptcy Court for the Northern District of Texas Fort Worth Division.

2.      Plaintiffs filed a Motion to Determine that Litigation Against Non-Debtor Bluetech Irrevocable Trust is Not Subject to Automatic Stay on November 14, 2024. A hearing was held on that motion on December 11, 2024, and the Honorable Mark X. Mullin heard argument of counsel and took the matter under advisement. To date no ruling has been made as to that motion.

3.      Plaintiffs respectfully request to provide an updated status report within three days of the bankruptcy court's ruling on the Motion to Determine that Litigation Against Non-Debtor Bluetech Irrevocable Trust is Not Subject to Automatic Stay.

Respectfully submitted,
**PLAINTIFFS**

Date: January 14, 2025

_____/s/_____

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

*Class Counsel*
